Prob 12B
(7/93)

## UNITED STATES DISTRICT COURT

**for the**

### District of Nebraska



U. S.    FILED
DISTRICT OF NEBRASKA
DISTRICT COURT

'07 JAN 12  AM 11: 39

OFFICE OF THE CLERK

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

| | | | |
|---|---|---|---|
| **Name of Offender:** | Stephen Leonti | **Docket Number:** | 8:01-CR-45 |

**Sentencing Judge:**  Joseph F. Bataillon
Chief U.S. District Judge

**Date of Original Sentence:**  December 14, 2001

**Original Offense:**  Conspiracy with intent to distribute methamphetamine
21 U.S.C. 246

**Original Sentence:**  70 months custody, 5 years supervised release

**Amended Sentence:**  January 22, 2003
36 months custody, 5 years supervised release

**Type of Supervision:**  Supervised release

**Date Supervision Commences:**  January 30, 2004

---

### PETITIONING THE COURT

___  To extend the term of supervision for _____, for a total term of _____.

_X_  To modify the conditions of supervision as follows:

The defendant shall enter and participate in a community confinement program, in the community correction's component with work release for a period of 120 days or until discharged by the United States Probation Office pursuant to 18 U.S.S.G. 3563(b)(11).

### CAUSE

On January 10, 2007, Mr. Leonti advised his supervising United States Probation Officer, Jerald Mason, District of Colorado, that he will be evicted from his residence in Fort Collins, Colorado on

**LEONTI, Stephen**
**8:01-CR-45**
**Modification of Supervised Release**

January 13, 2007. He is unemployed and has no family in the area that is willing to house him on a temporary basis. He has agreed to a temporary placement at the Independence House Residential Reentry Center in Denver, Colorado, until he is able to obtain verifiable employment and secure a stable residence. The director of the program has confirmed the availability of such a placement.

Respectfully submitted,

John A. Hill, Supervising
U.S. Probation Officer

THE COURT ORDERS

_____ No Action

_____ The Extension of Supervision as noted above

✓ The Modification of Conditions as noted above

_____ Other

Joseph F. Bataillon
Chief U.S. District Judge

1/12/2007
Date

CO49
(7/99)

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEBRASKA

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

To whatever extent this modification or extension arises from a possible violation of a condition of my probation or supervised release, I understand that even after agreeing to the below listed modification, this conduct could still be considered in the future by the Court as the basis for possible revocation of my probation or supervised release.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

1. The defendant shall reside in a Residential Reentry Center until he is able to obtain verifiable employment and secure a stable residence. The defendant will be required to observe the rules of that facility.

Signed: _____  1/11/07
Probationer or Supervised Releasee        Date

Witness: _____  1-11-07
U.S. Probation Officer                   Date