IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:01CR45 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER FOR NONCUSTODIAL |
| | ) | TRANSPORTATION |
| STEVE N. LEONTI, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER is before the court on Defendant's oral motion for noncustodial transportation. Defendant is indigent and is in need of noncustodial transportation to return defendant to Denver, Colorado, his state of residence, together with an amount of money for subsistence. The court finds said motion should be granted.

ACCORDINGLY, IT IS ORDERED:

1. That Defendant's motion is granted; and

2. That the U.S. Marshal's Office shall provide Defendant an amount of money for subsistence and noncustodial transportation from Omaha, Nebraska, to Denver, Colorado, on **April 24, 2007,**.

DATED this 6th day of April, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge